# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:  Mariner Health Central Inc.<br><br>Chapter 11 Debtor | Case No.   22-10877 |
| MARINER HEALTH CENTRAL, INC., PARKVIEW HOLDING COMPANY GP, LLC, AND PARKVIEW OPERATING COMPANY, LP,<br><br>Plaintiff,<br><br>vs.<br>PEOPLE OF THE STATE OF CALIFORNIA<br><br>Defendant | Adv. Proc. No. 22 -50420 |

### EVIDENTIARY OBJECTION
### TO THE DECLARATION OF KRISTY OWEN
### IN SUPPORT OF MOTION OF THE DEBTORS FOR AN ORDER GRANTING INJUNCTIVE RELIEF
### AND ENJOINING PROSECUTION OF THE PSC ACTION

COMES NOW, the People of the State of California, through the Attorney General of the State of California, and the District Attorneys of Alameda, Los Angeles, Marin and Santa Cruz Counties of California, and object to the Declaration of Kristy Owen in Support of Debtors Motion

1

### OBJECTION
### TO MOTION OF THE DEBTORS FOR AN ORDER GRANTING INJUNCTIVE RELIEF
### AND ENJOINING PROSECUTION OF THE PSC ACTION

Ms. Owen's lay witness opinion testimony regarding the prospective burden upon Debtors posed by the Peoples enforcement action lacks foundation and is pure speculation (FRE 602)

Respectfully submitted,

Dated: October 18, 2022,

        Jeffrey S. Rosell
        District Attorney of Santa Cruz County

        Douglas B. Allen, State Bar No. 99239
        Assistant District Attorney
        701 Ocean Street, Suite 200
        Santa Cruz, CA. 95060
        Telephone: (831) 454-2930
        Fax: (831) 454-2227
        E-mail: Douglas.Allen@santacruzcounty.us

**OBJECTION**
**TO MOTION OF THE DEBTORS FOR AN ORDER GRANTING INJUNCTIVE RELIEF**
**AND ENJOINING PROSECUTION OF THE PSC ACTION**

Rob Bonta
Attorney General of California
Jennifer Euler
Chief Assistant Attorney General
Joel Samuels, State Bar No. 234574
Supervising Deputy Attorney General
2329 Gateway Oaks Drive, Suite 200
Sacramento, CA 95833-4252
Telephone: (916) 621-1839
Fax: (916) 263-0426
E-mail: joel.samuels@doj.ca.gov

Nancy E. O'Malley
District Attorney of Alameda County
Lori Schnall, State Bar No. 195556
Deputy District Attorney
1225 Fallon Street, Suite 900
Oakland, CA 94612-4208
Telephone: (510) 272-6222
E-mail: Lori.Schnall@acgov.org

Lori E. Frugoli
District Attorney of Marin
Andres Perez, State Bar No. 186220
Deputy District Attorney
3501 Civic Center Drive, Suite 145
San Rafael, CA 94903-4189
Telephone: (415) 473-6450
Fax: (415) 473-3720
E-mail: Aperez@marincounty.org

George Gascon
District Attorney of Los Angeles County
Seza Mikikian, State Bar No. 245285
Deputy District Attorney
211 West Temple Street, Suite 1000
Los Angeles, CA 90012
Telephone: (213) 257-2450
E-mail: Smikikian@da.lacounty.gov

*Attorneys for Plaintiff,*
The People of the State of California

**OBJECTION**
**TO MOTION OF THE DEBTORS FOR AN ORDER GRANTING INJUNCTIVE RELIEF**
**AND ENJOINING PROSECUTION OF THE PSC ACTION**